IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY | § § § | |
| Plaintiff, | § § | |
| vs. | § § | Civil Action no. 2:19-cv-202 |
| QBE SPECIALTY INSURANCE COMPANY | § § § | |
| Defendant. | § | |

### PLAINTIFF'S CERTIFICATE OF EXPERT WITNESS DESIGNATIONS

Plaintiff Western World Insurance Company certifies that it served its Disclosure of Expert Testimony on the Defendant on January 29, 2020.

Respectfully submitted,

ROBERT G. HOGUE, P.C.

By:   *s/ Robert G. Hogue*
Robert G. Hogue
State Bar No. 09811050

Highland Park Place
4514 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Phone: (214) 559-7107
Fax: (214) 559-7101
email: robhogue@msn.com

COUNSEL FOR PLAINTIFF WESTERN WORLD
 INSURANCE COMPANY

- 2 -

## CERTIFICATE OF SERVICE

    I hereby certify that I filed this document electronically through the CM/ECF system, which caused the following parties or counsel to be served by electronic means as more fully reflected on the Notice of Electronic Filing on this 29th day of January, 2020:

Carter L. Ferguson
BRACKETT & ELLIS, P.C.
100 Main Street
Fort Worth, Texas 76102-3090

COUNSEL FOR THE DEFENDANT

                                                     By:    *s/ Robert G. Hogue*
                                                                     Robert G. Hogue