IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | | |
|---|---|---|
| WESTERN WORLD INSURANCE COMPANY, | § § § § | |
| Plaintiff, | § § | CIVIL ACTION NO. 2:19-cv-202 |
| vs. | § § | |
| QBE SPECIALTY INSURANCE COMPANY | § § § | |
| Defendant | § § | |

### JOINT STIPULATION OF VOLUNTARY DISMISSAL WITH PREJUDICE

COME NOW, Plaintiff Western World Insurance Company ("Plaintiff"), and QBE Specialty Insurance Company ("Defendant"), and pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), hereby dismiss with prejudice all claims and all associated relief requested in such claims filed in this case. All costs of court shall be paid by the party incurring same.

Respectfully submitted,

ROBERT G. HOGUE, P.C.

*/s/ Robert G. Hogue (with permission)*
Robert G. Hogue
ROBERT G. HOGUE, P.C.
Highland Park Place
4515 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Email:  robhogue@msn.com
214.559.7107

**ATTORNEYS FOR PLAINTIFF**

AND

/s/ *Carter L. Ferguson*
Carter L. Ferguson
State Bar No. 06909500
SDTX No. 33538
cferguson@belaw.com
J. Heath Coffman
State Bar No. 24059591
SDTX No. 889906
hcoffman@belaw.com

BRACKETT & ELLIS,
A Professional Corporation
100 Main Street
Fort Worth, TX 76102
817.338.1700
817.870.2265 facsimile

ATTORNEYS FOR DEFENDANT QBE SPECIALTY INSURANCE COMPANY

# CERTIFICATE OF SERVICE

I hereby certify that on this 6th day of March, 2020, the foregoing *Joint Stipulation of Voluntary Dismissal with Prejudice* thereto was electronically filed with the Clerk of Court using the CM/ECF system which will provide notice of such filing to all counsel of record.

**Via Electronic Filing**

Robert G. Hogue
ROBERT G. HOGUE, P.C.
Highland Park Place
4515 Cole Avenue, Suite 600
Dallas, Texas 75205-4193
Email: robhogue@msn.com

**Attorneys for Plaintiff**

DATED this 6th day of March, 2020

/s/ *Carter L. Ferguson*
Carter L. Ferguson