United States District Court
Southern District of Texas
**ENTERED**
March 09, 2020
David J. Bradley, Clerk

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| WESTERN WORLD INSURANCE COMPANY, <br><br> Plaintiff, <br><br> v. <br><br> QBE SPECIALTY INSURANCE COMPANY, <br><br> Defendant | § § § § § § § § § § § § § <br> CIVIL ACTION NO. 2:19-CV-202 |

## ORDER

Before the Court is the parties' joint motion to dismiss. (D.E. 12). This motion is an effective stipulation of dismissal because it is signed by all parties who have appeared. FED. R. CIV. P. 41(a)(1)(A)(ii). Accordingly, the Clerk of Court is **DIRECTED** to close the case. The parties shall be responsible for their own attorney's fees and costs incurred in connection with this matter.

SIGNED and ORDERED this ___ day of March 2020.

DAVID S. MORALES
UNITED STATES DISTRICT JUDGE